UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Cause No. | 1:20-cr-00148-JPH-KMB |
| | ) | | |
| MARSEAN HOOD, | ) | | - 01 |
| | ) | | |
| Defendant. | ) | | |

**REPORT AND RECOMMENDATION**

On July 3, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on April 18, 2025, and May 7, 2025. Defendant Hood appeared in person with his appointed counsel Dominic Martin. The government appeared by Kelsey Massa, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Megan Durbin.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Hood of his rights and provided him with a copy of the petition. Defendant Haskins orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Haskins admitted violation numbers 1, 2, and 3. [Docket No.83.] Government orally moved to withdraw the remaining violations, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not commit another federal, state, or local crime."** |

On April 16, 2025, Mr. Hood was charged with Domestic Battery on a Person Less than 14 Years Old, Strangulation, Domestic Battery, two counts of Domestic Battery in Violation of a Protection Order (all level six felonies), and two misdemeanor counts of Invasion of Privacy under Marion County cause number 49D26-2504-F6-012284. This case stemmed from an incident on March 1, 2025, where Mr. Hood allegedly strangled the mother of his child, and physically harmed their three year-old daughter, while having an active protective order against both parties. A warrant was issued on April 17, 2025, and remains in effect at this time.

| | |
|---|---|
| 2 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |

On March 19, 2025, Mr. Hood submitted to a routine urinalysis, which returned positive for cannabinoids. At the time of the screen, he admitted to using marijuana approximately two weeks prior. On April 15, 2025, Mr. Hood submitted to a follow-up urinalysis, which returned positive for cannabinoids. He admitted to using marijuana around the end of March, after his last positive screen.

As previously reported to the Court, Mr. Hood submitted urine screens on December 13, 2024, and February 12, 2025, which returned positive for cannabinoids.

| | |
|---|---|
| 3 | **"You shall not use or possess alcohol."** |

On March 19, 2025, Mr. Hood submitted to a routine urinalysis. He denied any alcohol use since February. The sample was sent to Alere Toxicology for further testing, and confirmed positive for ethanol, ethyl glucuronide, and ethyl sulfate. During a routine contact on April 15, 2025, an empty 50ml bottle of 99 Bananas was observed in the trash. Mr. Hood admitted to consuming alcohol the night prior.

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is IV.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5. The parties jointly recommended a sentence of 18. Defendant requested placement at FCI – Greenville, IL.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 18 months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at FCI – Greenville, IL. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

Defendant reviewed the above noted conditions with his attorney.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 7/7/2025

                                                        Mario Garcia
                                                        United States Magistrate Judge
                                                        Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system