UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cr-00148-JPH-KMB ) |
| MARSEAN HOOD, | ) -01 ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Mario Garcia's Report and Recommendation and all findings therein, dkt. [95]. Violation number 4, dkt. [87], is **WITHDRAWN**. The Court now **ORDERS** that Marsean Hood's supervised release is therefore **REVOKED**, dkt. [83], and Mr. Hood is sentenced to the custody of the Attorney General or his designee for imprisonment of 18 months with no supervision to follow. The Court recommends placement at FCI Greenville, IL., if such is deemed to be an appropriate facility by the Bureau of Prisons.

**SO ORDERED.**

Date: 7/10/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C